361 A.2d 733

COMMONWEALTH

v.

FREE, Appellant.

Submitted March 1, 1976. William H. Saye, Assistant Public Defender, and Richard D. Walker, Public Defendant, for appellant; Marion E. MacIntyre, Second Assistant District Attorney, and LeRoy S. Zimmerman, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

359 A.2d 889

COMMONWEALTH

v.

FRYE, Appellant.

Submitted April 14, 1976. John R. Cook, Trial Defender, and Ralph J. Cappy, Public Defender, for appellant; Charles W. Johns, Assistant District Attorney, and John J. Hickton, District Attorney, for Commonwealth, appellee.

Order affirmed.